UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

05 AUG 25 P 3:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

JACQUELINE M. BREWINGTON
PLAINTIFF(S)

05 CV 11767 MLW

.V.

APPEAL NO: 302229

DEPARTMENT OF TRANSITIONAL ASSISTANCE
DEFENDANT(S)

MAGISTRATE JUDGE  JGD

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. M.P.
DATE 8/26/05

COMPLAINT AND APPEAL

1. The plaintiff, Jacqueline M. Brewington is a resident of LYNN, MASS. P.O. BOX 2932, 01903. and a citizen of the United States.

2. The defendant, Perene Rice is a worker in the Department of Transitional Assistance. and a citizen of the United States.

3. The defendant, Adreian Anderson is a worker in the Department of Transitional Assistance. and a citizen of the United States.

4. The defendant, Betty Barrow is a worker in the Department of Transitional Assistance. and a citizen of the United States.

5. The defendant, Marva Howard is a worker in the Department of Transitional Assistance as a Homeless Specialist. and a citizen of the United States.

Jurisdiction

6. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

(Pg 2)

## Facts

7. The plaintiff, Jacqueline M. Brewington was receiving my TAFDC grant from the Department of Transitional Assistance program for years but the defendants all together stole all my benefits and now the department is trying to act like I, Jacqueline have to appeal for benefits that the defendants have stolen from me.

8. Now here is proof that I, Jacqueline should have been getting the checks and food stamps that the defendants have taking from me since 8/30/2000. The defendants send me a check in 8/30/2000, and my checks go to direct deposit and have been until the defendants took my benefits. The defendants have been receiving all of my benefits since 9/15/2000. The defendants have me fighting for my benefits that they have no-business with.

9. I, Jacqueline have been to hearing because the defendant Perene Rice have been going to BINGO every other night playing bingo with my benefits since she and the others stole my benefits from me. The defendants put their names under my names and all my benefits have been going to them every since 9/15/2000. The defendants never put me and my kids in any shelters or hotels once I, won my case with the Department of Transitional Assistance on Feb-20-2000. The defendants threw me and my kids in the streets behind the State back and have been spending my benefits every 9/15/2000. The defendants have been spending my (2) two checks a month and my food stamps I, Jacqueline have not received a check of my nor any of my food stamps from 9/15/2000, and the office and the defendants are trying to cover up the fact that they have been stealing my checks and food stamps up to now.

10. Now the Department of Transitional Assistance is telling me to appeal a case that they the department have took my checks and food stamps and the department do not have any business with. Here is all the proof that the defendants did steal my checks and food stamps and I need my benefit

11. The defendants Perene Rice was trying to send me and my out to some motor lodge in West Boylston, Ma 01583 with out any money and the defendants knew that my kids went to school in Roxburt and I, Jacqueline did not know how to get to the Sona Motor Lodge anyway. But the defendants was only trying to take my benefits as they the defendants did and this is why I have been fighting for my benefits.

I, Jacqueline M. Brewington would like to thank you for your attention to this matter.

12. WHEREFORE, the Plaintiff, Jacqueline M. Brewington demands judgment against the defendants for damages and such other relief as this Court deems just.

13. The Plaintiff, Jacqueline M. Brewington demands a trial by jury.

14. The Plaintiff, Jacqueline M. Brewington demands the relief that I am seeking.

15. The Plaintiff, Jacqueline M. Brewington demands that the defendants pay me in the sum of $7,943.29 dollars from 9/15/2000 all the way up to now for my benefits that the defendants stolen from under me.

16. The Plaintiff, Jacqueline M. Brewington demands that the defendants pay me the full amount in my Food stamps from 9/15/2000 all the way up to now for my benefits that the defendants stolen from under me.

17. The Plaintiff, Jacqueline M. Brewington demands that my TAFDC grant be return to me at once. The defendants took my TAFDC grant illegally.

DATE: 9/21/2005

Signature: *Jacqueline Brewington*
Name: Jacqueline Brewington

Address: P.O. BOX 2932

LYNN, MASS. 01903

Telephone: 1-781-596-3871