UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACQUELINE M. BREWINGTON,<br>　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TRANSITIONAL<br>ASSISTANCE, ET AL.,<br>　　　　　Defendants. | )<br>)<br>)<br>)   C.A. No. 05-11767-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

MEMORANDUM AND ORDER

WOLF, D.J.

On October 12, 2005, this Court issued a Memorandum and Order (#3) directing the Plaintiff to show cause within thirty-five days why this action should not be dismissed for the reasons stated therein. To date, no written response has been filed.

Accordingly, for the reasons set forth in the Memorandum and Order dated October 12, 2005 (#3), and for Plaintiff's failure to comply with the Memorandum and Order to show cause as directed, it is ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark L. Wolf
　　　　　　　　　　　　　　　　　　　　　　　MARK L. WOLF
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: November 18, 2005