UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUELINE M. BREWINGTON,<br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TRANSITIONAL<br>ASSISTANCE, ET AL.,<br>        Defendants. | C.A. No. 05-11767-MLW |

ORDER FOR DISMISSAL

WOLF, D.J.

    In accordance with the Memorandum and Order dated November 18, 2005 (#4) dismissing this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is DISMISSED in its entirety.

                                            By the Court,

                                            /s/ Dennis O'Leary
                                            Deputy Clerk

Dated: November 21, 2005